
TD

FILED
8/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Holly Lanchantin (312) 469-6042

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

EDWARD JAMES PORTER

Case No.: 26CR420

M. DAVID WEISMAN
Magistrate Judge

### AFFIDAVIT IN REMOVAL PROCEEDING

I, LORA RICHARDSON, appearing before United States Magistrate Judge M. DAVID WEISMAN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that EDWARD JAMES PORTER has been charged by Complaint in the Southern District of Mississippi with the following criminal offense: the transmission, in interstate commerce, of a threatening communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

*Lora Richardson*
LORA RICHARDSON
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 3nd day of August, 2026.

*M. David Weisman*
M. DAVID WEISMAN
United States Magistrate Judge

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

**FILED**

Jul 31 2026

ARTHUR JOHNSTON, CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:26-mj-669-R PM |
| EDWARD JAMES PORTER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 31, 2026_____ in the county of _____Jackson_____ in the _____Southern_____ District of _MS, Southern Division_ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Defendant, Edward James Porter, transmitted, in interstate commerce, a threatening communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c). |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_Complainant's signature_

Christopher Cloc, Task Force Officer, FBI

_Printed name and title_

Sworn to before me and signed in my presence.

Date:  7/31/26

_Judge's signature_

City and state:  _____Gulfport, MS_____

Robert P. Myers, Jr.,United States Magistrate Judge

_Printed name and title_

## Affidavit for Criminal Complaint
### Probable Cause

I, Christopher Kloc, being duly sworn, state as follows:

I am an Agent with the Mississippi Office of Homeland Security (MOHS), currently assigned to the Federal Bureau of Investigation (FBI) Mississippi Violent Crimes Task Force located at 1317 26th Avenue, Gulfport, Mississippi. I am a graduate of the Harrison County Law Enforcement Training Academy and have been a sworn law enforcement officer since 2017. I have participated in numerous investigations involving narcotics and violent crimes. I am thoroughly familiar with the investigative techniques used in these investigations such as undercover agents, the use of cooperating witnesses, the analysis of toll information, search and seizure warrants, and grand jury investigations.

During my law enforcement career, I have received training and gained experience in digital evidence collection, electronic communications investigations, search and seizure, interview and interrogation techniques, surveillance, and criminal investigations. I have participated in numerous investigations involving bomb threats, threatening communications directed at public officials and law enforcement agencies, and threats communicated through social media, email, telephone, and other electronic platforms.

I have prepared and executed numerous state and federal search warrants for electronically stored information and digital evidence, including records maintained by online service providers, telecommunications providers, social media companies, and electronic communication services. I have utilized subscriber information, IP address records, account activity, electronic communications, and other digital evidence to identify account holders, authenticate communications, establish attribution, and gather evidence related to federal criminal offenses involving threats of violence and intimidation.

1

The aforementioned instances involved investigations relating to violations of both Title 18 and Title 21 of the United States Code. I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

This affidavit is based on my participation in this investigation, reports I have read related to this investigation, and conversations I have had with other law enforcement personnel. Based on this information, I am aware of the following facts:

### Summary of Probable Cause

1. On July 31, 2026, EDWARD JAMES PORTER placed telephone calls to a witness in an ongoing State investigation, hereinafter referred to as "W-1" between 6:38am CT and 8:36am CT. During the telephone calls to W-1, PORTER stated he was going to come and kill W-1, W-1's family, and that PORTER had W-1's address. PORTER, at approximately 6:43am CT, sent W-1 a text message with W-1's residential address in the Southern District of Mississippi. PORTER also contacted another party within the State of Mississippi, hereinafter referred to as "W-2". PORTER informed W-2 over the telephone that PORTER was going to come kill W-2, everyone in the home, PORTER would kill any cops, and W-2 was die. PORTER further stated to W-2, that PORTER was going to cut up W-2 and put W-2 into a suitcase. The aforementioned telephone calls threatening to kill W-1, W-2, and their family originated from PORTER in violation of Title 18 U.S.C. § 875.

2

### July 31, 2026

2. On or about July 31, 2026, an unidentified individual at the time, who was later identified as EDWARD PORTER, utilized a phone number of 228-336-3187 to call a witness in an ongoing State investigation, hereinafter referred to as "W-1." PORTER placed telephone calls to "W-1" between 6:38am CT and 8:36am CT. During the aforementioned telephone calls to W-1, PORTER stated he was going to come and kill W-1, W-1's family, and that PORTER had W-1's address. PORTER at approximately 6:43am CT sent W-1 a text message with W-1's residential address in the Southern District of Mississippi. At that time, W-1 telephonically contacted another party within the State of Mississippi hereinafter referred to as "W-2," to advise W-2 of the threats.

3. On or about July 31, 2026, at approximately 6:53am CT, PORTER then at approximately 8:28am CT called W-2 back utilizing the telephone number ending in 3187. PORTER also telephonically contacted W-2 at approximately 8:36am CT. During the aforementioned telephone calls, PORTER informed W-2 over the telephone that PORTER was going to come kill W-2, everyone in the home, he would kill any cops, and that W-2 was dying. PORTER further stated to W-2, that PORTER was going to cut up W-2 and put W-2 into a suitcase.

4. On or about July 31, 2026, at approximately 8:35am CT, PORTER utilizing telephone number ending in 3187 and contacted W-1 and informed W-1 that PORTER was outside W-1's residence and was going to kill them.

5. A subsequent emergency disclosure request was submitted to Pinger in reference to what Agents identified as a TextFree number of 228-336-3187. Pinger provided a response to the request at approximately 9:33am CT. In the response Pinger provided two IP addresses.

3

6. On or about July 31, 2026, at approximately 10:22am CT, an emergency disclosure request was submitted to Comcast for the Pinger provided IP address of 98.215.95.54. In response, Comcast provided the subscriber for the aforementioned IP address to be EDWARD PORTER, 773-896-0239, 6908 Cermak Road, Apartment 204, Berwyn, Illinois 60402.

7. On or about July 31, 2026, at approximately 10:48am CT, an emergency disclosure request was submitted to Boost Mobile via Subsentio, Inc. for Boost Mobile telephone number 773-896-0239. Subsentio, Inc. provided the subscriber to the aforementioned telephone number to be EDWARD PORTER, 826 S. 17th Avenue, Apartment 2B, Maywood, Illinois 60153. Subsentio, Inc. further advised the Pinger IP address of 35.39.96.117 was associated with Boost Mobile, however, Subsentio, Inc. does not keep IP logs.

8. On or about July 31, 2026, Apple, Inc. returned information requested via a 2703(d) Order, pertaining to a push token provided by Pinger in the aforementioned Pinger emergency disclosure request. Apple identified the push token associated with the Pinger account to be tied to the subscriber EDWARD PORTER with the verified telephone number 773-896-0239, on an Apple iPhone 13 device.

9. Agents identified the Pinger account which was utilized to place the aforementioned telephone calls was created on or about July 31, 2026, at approximately 6:30am CT. Analysis of the cellular device's cell site history at the time of the Pinger account creation places the device in the area of PORTER's residence at 6908 Cermak Road, Berwyn, Illinois 60402.

4

10. Based on the forgoing, your Affiant believes that probable cause exists showing that EDWARD JAMES PORTER violated Title 18 U.S.C. §875.


_____
Christopher Kloc
Task Force Officer
Federal Bureau of Investigation


SUBSCRIBED AND SWORN to before me on July ___31st___, 2026.

_____
United States Magistrate Judge

5

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>EDWARD JAMES PORTER<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   1:26-mj- **669-RPM** |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     EDWARD JAMES PORTER                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment        ❐ Superseding Indictment        ❐ Information        ❐ Superseding Information        ☑ Complaint
❐ Probation Violation Petition        ❐ Supervised Release Violation Petition        ❐ Violation Notice        ❐ Order of the Court

This offense is briefly described as follows:

On or about July 31, 2026, in Jackson County, in the Southern Division of the Southern District of Mississippi, the defendant, Edward James Porter , transmitted, in interstate commerce, a threatening communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Date: 7/31/26

_____
*Issuing officer's signature*

City and state:      Gulfport, MS

Robert P. Myers, Jr., United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____                    _____<br>                                                                    *Arresting officer's signature*<br><br>                                                                    _____<br>                                                                    *Printed name and title* |