**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: U.S.A. v. Porter    Case Number: 26 CR 420

An appearance is hereby filed by the undersigned as attorney for:

Edward Porter

**FILED**

AUG 03 2026

M. DAVID WEISMAN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Attorney name (type or print): Benjamin Horwitz

Firm: Federal Defender Program

Street address: 55 E. Monroe St, Suite 2800

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6336061
(See item 3 in instructions)

Telephone Number: 312-621-2030

Email Address: ben_horwitz@fd.org

Are you acting as lead counsel in this case?                      ☑ Yes   ☐ No

Are you a member of the court's general bar?                      ☑ Yes   ☐ No

Are you a member of the court's trial bar?                        ☐ Yes   ☑ No

Are you appearing *pro hac vice*?                                 ☐ Yes   ☑ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☑ Appointed Counsel
If appointed counsel, are you a

☑ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    8/3/26

Attorney signature:    S/
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023