UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 26-CR-420 |
| | M. David Weisman |
| v. | Magistrate Judge |
| | |
| EDWARD JAMES PORTER | Charging District's |
| | Case No. 26 MJ 669 (S.D.M.S.) |

**GOVERNMENT'S STATUS REPORT REGARDING THE DEFENDANT'S COMMITMENT TO ANOTHER DISTRICT**

Pursuant to this Court's Order on August 5, 2026, the United States of America hereby files the following status report to update the Court and defense counsel about the status of the Government's appeal in another district:

1. On August 6, 2026, the United States Attorney's Office for the Southern District of Mississippi filed an Emergency Motion for Stay and Review of Magistrate Judge's Release Ruling. *See United States v. Porter*, Case No. 26 CR 128, Motion (attached as Exhibit A).

2. On August 6, 2026, the Southern District of Mississippi granted the Government's Motion to Stay, Ordered and Adjudged that defendant remain in custody pending a hearing, and Ordered and Adjudged that the United States Marshals Service transport the defendant without unnecessary delay to the Southern District of Mississippi, Southern Division, for a hearing. *See United States v. Porter*, Case No. 26 CR 128, Order (attached as Exhibit B).

1

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    */s/Holly Lanchantin*
       Holly Lanchantin
       Assistant United States Attorney
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 469-6042

DATE: August 6, 2026



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG -6 2026
ARTHUR JOHNSTON
BY_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                      **CRIMINAL NO.:** 1:26cr128 LG

**EDWARD JAMES PORTER**

### GOVERNMENT'S EMERGENCY MOTION FOR STAY
### AND REVIEW OF MAGISTRATE JUDGE'S RELEASE RULING

The United States of America, by and through its undersigned attorney, moves the Court to stay and review the August 5, 2026, ruling from the Northern District of Illinois granting conditions of release for Defendant Edward James Porter.

### Procedural History

On July 31, 2026, a Criminal Complaint was filed against defendant Edward James Porter for transmitting in interstate commerce, a threatening communication containing a threat to kill or injure the person of another in violation of Title 18, United States Code, Section 875(C). *See United States v. Porter*, Case No. 1:26-mj-669-RPM.   Defendant Porter was arrested on the same day.  On August 3, 2024, Defendant appeared in the Northern District of Illinois.

The Government moved for detention because the Defendant posed a serious risk of flight and the Defendant posed a serious risk that he will attempt to threaten, injure, or attempt to threaten, injure, or intimidate a prospective witness.  Despite the Government's concerns, the Magistrate Judge granted the Defendant a bond.  The Magistrate Judge granted the Government until August 7, 2026, at noon to seek review of his decision.

### Factual Summary

Defendant has been charged with transmitting threatening communication containing a threat to injure the person of another. As set forth in the Complaint, on July 31, 2026, the defendant

contacted two separate victims by telephone where he threatened to come to the victim's residence and kill the victims and their family. The defendant furthered these threats by texting one of the victims their personal address, which is in the Southern District of Mississippi. In addition to threatening the victims in the Southern District of Mississippi, the defendant threatened to kill law enforcement as well.

### Argument

Title 18, United States Code, Section 3145, governs the determination of whether a Magistrate Judge's order of detention should be amended or revoked. As the Fifth Circuit has explained: "When the district court ... acts on a motion to revoke or amend a magistrate's pretrial detention order, the court acts *de novo* and makes an independent determination of the proper pretrial detention or conditions for release." *United States v. Fortna*, 769 F.2d 243, 249 (5th Cir. 1985) (citation omitted). Reviewing the record of the magistrate proceedings is appropriate in determining the basis for the magistrate judge's conclusion. *United States v. Faulkner*, No. 2010 WL 1541355, at *1 n.2 (N.D. Tex. Apr. 19, 2010); *see also United States v. York*, 2009 WL 1766798, at *1 (N.D. Miss. June 22, 2009). However, "[n]o deference is to be given to the magistrate's decision." *United States v. Farguson*, 721 F. Supp. 128, 129 n.1 (N.D. Tex. 1989).

In this case, the Government submits that this Court should review and ultimately revoke the Magistrate Judge's decision to release the Defendant. As set forth above, the Defendant poses a significant risk to the victims in this case, as well as posing a significant danger to community. Defendant has no known community ties to the Southern District of Mississippi. Accordingly, the Government respectfully submits that there are no conditions and/or combination of conditions that will ensure the Defendant's continue presence for these

proceedings and asks that this Court stay the Magistrate Judge's decision and/or order that the

Defendant be detained pending resolution of this case.

Respectfully submitted this 6th day of August, 2026.

J.E. BAXTER KRUGER
United States Attorney

By: _____

Hunter McCreight
Assistant U.S. Attorney
Ga Bar No. 728770
1575 20th Ave.
Gulfport, MS 39501

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Aug 06 2026

ARTHUR JOHNSTON, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **CRIMINAL NO. 1:26CR128-LG**

**EDWARD JAMES PORTER**

### ORDER GRANTING MOTION FOR STAY AND SETTING REQUEST
### TO REVIEW MAGISTRATE JUDGE'S RELEASE RULING FOR HEARING

**BEFORE THE COURT** is the Government's [1] Emergency Motion for Stay and Review of Magistrate Judge's Release Ruling. Defendant Edward James Porter is currently charged by Criminal Complaint with violations of Title 18, United States Code, Section 875(C). Defendant was arrested in the Northern District of Illinois on July 31, 2026. He appeared before a Magistrate Judge in the Northern District of Illinois on August 5, 2026, for a detention hearing. The Magistrate Judge granted the defendant bond. The Government seeks review based upon concerns of serious risk that he will attempt to threaten, injure, or attempt to threaten, injure, or intimidate a prospective witness and concerns of risk of flight.

As set forth in the Government's motion, in reviewing the Magistrate Judge's detention decision, this Court acts "*de novo* and makes an independent determination of the proper pretrial detention or conditions for release." *United States v. Fortna*, 769 F.2d 243, 249 (5th Cir. 1985) (citation omitted). Additionally, "the district court has discretion in determining whether to conduct a supplementary evidentiary hearing as part of its de novo review." *United States v. Hensler*, 18 F.3d 936 (5th Cir. 1994) (per curiam). Based upon the issues raised by

the Government in its motion, a supplemental evidentiary hearing would be beneficial. Accordingly, the pending [1] Emergency Motion for Stay and Release Order is set for hearing on September 3, 2026, at 1:30 p.m., in Courtroom 606, Gulfport, Mississippi, before the undersigned.

**IT IS ORDERED AND ADJUDGED** that the Defendant shall remain in custody pending hearing and the Magistrate Judge's order on release and bond conditions are stayed pending resolution of the Government's request for review.

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States Marshals Service is directed to transport the Defendant Edward James Porter without unnecessary delay to the Southern District of Mississippi, Southern Division, for the hearing.

**SO ORDERED AND ADJUDGED** this the 6th day of August, 2026.

_____
Louis Guirola, Jr.
United States District Judge